IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MICHAEL RUSSUM, | Case No. 6:21-cv-00836-SB |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATION |
| v. | |
| OREGON DEPARTMENT OF CORRECTIONS and STATE OF OREGON; WARREN ROBERTS; JOSHUA HIGHBERGER; PATRICK MANEY; DR. REESE; MONICA LANDAVERDE; WENDY SIEGERSMA; GARTH GULICK; KRYSTA LYNCH; MORIAM BALOGUN; JAMIE MILLER; JOE BUGHER; and JOHN AND JANE DOES, | |
| Defendants. | |

**IMMERGUT, District Judge.**

This Court has reviewed Magistrate Judge Beckerman's Findings and Recommendations ("F&R"), ECF 96. No objections to the F&R have been filed. For the following reasons, this Court ADOPTS the F&R in full.

Under the Federal Magistrates Act ("Act"), as amended, the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."

PAGE 1 – ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

28 U.S.C. § 636(b)(1)(C). If a party objects to a magistrate judge's F&R, "the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* But the court is not required to review, de novo or under any other standard, the factual or legal conclusions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). Nevertheless, the Act "does not preclude further review by the district judge, *sua sponte*" whether de novo or under another standard. *Thomas*, 474 U.S. at 154.

Judge Beckerman's F&R, ECF 96, is ADOPTED IN FULL. Defendants' Motion for Summary Judgment, ECF 87, is GRANTED IN PART and DENIED IN PART, as detailed in the F&R. Defendant Roberts' Motion for Summary Judgment, ECF 88, is DENIED. Defendant Bugher's Motion for Summary Judgment, ECF 89, is GRANTED.

**IT IS SO ORDERED**.

DATED this 10th day of July, 2026.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge

PAGE 2 – ORDER ADOPTING FINDINGS AND RECOMMENDATIONS